**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6169**

(CHIEF) COL. MICHAEL S. OWLFEATHER-GORBEY,

Petitioner - Appellant,

v.

WARDEN, FCI Beckley,

Respondent - Appellee.

**No. 22-6170**

(CHIEF) COL. MICHAEL S. OWLFEATHER-GORBEY,

Petitioner - Appellant,

v.

WARDEN, FCI Beckley,

Respondent - Appellee.

Appeals from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, District Judge.  (5:21-cv-00367; 5:21-cv-00387, 5:21-cv-00492)

Submitted:  July 3, 2023                              Decided:  July 17, 2023

———————————

Before KING, AGEE, and RICHARDSON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael S. Owlfeather-Gorbey, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

(Chief) Col. Michael S. Owlfeather-Gorbey appeals the district court's orders accepting the recommendations of the magistrate judge in part, dismissing his 28 U.S.C. § 2241 petitions without prejudice for failure to assert cognizable habeas claims, denying his motion for reconsideration, and imposing a pre-filing injunction.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Owlfeather-Gorbey v. Warden*, No. 5:21-cv-00367 (S.D.W. Va. Feb. 4, 2022; Jan. 19, 2022; Jan. 18, 2022; filed Nov. 17, 2021; entered Nov. 18, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny a certificate of appealability as unnecessary. *See Harbison v. Bell*, 556 U.S. 180, 183 (2009); *United States v. Williams*, 56 F.4th 366, 370 n.3 (4th Cir. 2023).

3